JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Big Washington, LLC, | ) | Case No. 2:23-cv-09627-RGK-JPRx |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| Matthew Hintze, et al., | ) | |
| Defendant(s). | ) | |

On February 15, 2024, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution [27] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. No response has been received as of the date of this order. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 7, 2025

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE